AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Center For Biological Diversity et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 26-cv-2571 |
| U.S. Army Corps Of Engineers et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Sierra Club and Montana Environmental Information Center                                      .

Date:     07/30/2026

/s/ Douglas Hayes
*Attorney's signature*

Douglas Hayes (Colorado Bar No. 39216)
*Printed name and bar number*

1650 38th Street, Suite 103W
Boulder, CO 80301

*Address*

doug.hayes@sierraclub.org
*E-mail address*

(303) 449-5595
*Telephone number*

*FAX number*