AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Center for Biological Diversity, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26 cv 02571 |
| U.S. Army Corps of Engineers, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Waterkeeper Alliance, Inc.                                                                    .

Date:      07/30/2026

/s/ Daniel E. Estrin
*Attorney's signature*

Daniel E. Estrin, Bar No. NY0729
*Printed name and bar number*

Waterkeeper Alliance
180 Maiden Ln, Suite 902
New York, NY 10038

*Address*

destrin@waterkeeper.org
*E-mail address*

(212) 747 0622
*Telephone number*

*FAX number*